UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEVI A. LAKE,

        Plaintiff,

v.

MTGLQ INVESTORS, L.P., et al.,

        Defendants.

CASE NO. C17-0495JLR

ORDER

On September 1, 2017, the court entered an order granting Defendant MTGLQ Investors, L.P.'s ("MTGLQ") motion for summary judgment[1] and denying Plaintiff Levi A. Lake's motion for summary judgment. (Order (Dkt. # 45).) On the same day, Mr. Levi filed a document he entitled, "Motion to Dismiss Lack of Standing" (Mot. (Dkt. # 43)), a "Notice" of a police report he claimed to have filed with the Kirkland Police

---

[1] Defendant New York Community Bank as Servicer for the Federal Deposit Insurance Corporation ("FDIC") as Receiver for Ohio Savings Bank AKA Amtrust Bank ("NYCB") joined MTGLQ's motion for summary judgment. (Joinder (Dkt. # 36).)

ORDER - 1

Department (Notice (Dkt. # 42)), and a declaration in support of his motion (Lake Decl. (Dkt. # 43)).  The court's ruling, which granted MTGLQ's motion for summary judgment, denied Mr. Lake's motion for summary judgment, and dismissed his second amended complaint with prejudice, renders Mr. Lake's "Motion to Dismiss Lack of Standing" moot.  Accordingly, the court denies Mr. Lake's motion (Dkt. # 43).

Dated this 6th day of September, 2017.

JAMES L. ROBART
United States District Judge